CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
Christopher A. Seabock, Esq., SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **HYE LLC,** a California Limited Liability Company; **ATV, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 3:17-cv-02101-L-BLM <br><br> **PLAINTIFF'S PRETRIAL DISCLOSURES** <br><br> Pretrial Conference: May 20, 2019 <br> Time: 11:00 a.m. <br><br> Honorable Judge James M. Lorenz |

Pursuant to FRCP 26(a)(3) the plaintiff hereby submits his Pretrial Disclosures. Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

1

**1.  WITNESSES PLAINTIFF EXPECTS TO PRESENT**

Chris Langer – Through Plaintiff's Counsel

Evens Louis – Through Plaintiff's Counsel

**2.  WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

None at this time.

**3  EXHIBITS PLAINTIFF EXPECTS TO OFFER**

- Plaintiff's First Amended Complaint
- Defendants' Answer to Plaintiff's First Amended Complaint (upon filing)
- Commercial lease of subject property
- Grant deed of subject property
- Photos taken by Evens Louis of subject property
- Discovery requests and responses

Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures as necessary and produce additional witness and exhibits who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

Dated: April 22, 2019                                  CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff